UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DREAM INVESTMENT AND HOUSING, LLC,
*c/o Fernando Adams*,

          Plaintiff,

  v.

BSI FINANCIAL SERVICES,

          Defendant.

Case No. 24-cv-364-pp

---

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

---

On March 25, 2024, the plaintiff—which was not represented by a lawyer— filed a complaint, dkt. no. 1, and a motion for leave to proceed without prepaying the filing fee, dkt. no. 2. On July 10, 2024, the court denied the motion for leave to proceed without prepaying the filing fee, explaining that "[a]s an LLC, the plaintiff may not proceed without prepaying the filing fee." Dkt. No. 4 at 2. The court also explained that "'a limited liability company, like a corporation, cannot litigate *pro se* or be represented in [] litigation by a nonlawyer[.]'" Id. at 3 (quoting 1756 W. Lake St. LLC v. Am. Chartered Bank, 787 F.3d 383, 385 (7th Cir. 2015)). The court determined that, "[b]ecause it is an LLC, the plaintiff must appear through licensed counsel." Id. It ordered that "if the plaintiff wishes to proceed with this federal case, a licensed attorney must appear on behalf of the plaintiff by the end of the day on **August 2, 2024**." Id. (emphasis in original). Finally, the court ordered that "[i]f the court

1

does not *both* receive the full filing fee *and* receive a notice of appearance by a licensed attorney on behalf of the plaintiff by the end of the day on **August 2, 2024**, the court will dismiss the case on the following business day without further notice or hearing." Id. at 4-5 (emphasis in original).

August 2, 2024 has passed and the court has not received the plaintiff's full filing fee or a notice of appearance by a licensed attorney appearing on behalf of the plaintiff. So—as it said it would in the July 10, 2024 order—the court will dismiss the plaintiff's case without prejudice.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** for the plaintiff's failure to comply with the court's order. The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 15th day of August, 2024.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

2

Case 2:24-cv-00364-PP   Filed 08/15/24   Page 2 of 2   Document 5